UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-221-MOC-DCK-10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| (10) SCOTT DEARBORN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Leave to Dismiss Second Superseding Bill of Indictment. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Leave to Dismiss Second Superseding Bill of Indictment (#193) as to defendant Scott Dearborn is **GRANTED,** and the Second Superseding Bill of Indictment is dismissed without prejudice as to defendant Scott Dearborn.

Signed: January 3, 2018

Max O. Cogburn Jr.
United States District Judge

1